**Clarence Edward CYRUS,**
**Plaintiff—Appellant,**

v.

**U.S. MARSHALS, OF COLUMBIA, SOUTH CAROLINA; Thurmond Federal Courthouse; Lexington County Detention Center, Officials; Federal Bureau of Prisons; United States of America; John Radney, United States Marshals Service; John Doe, # 1, United States Marshals Service; John Doe, # 2, United States Marshals Service, Defendants—Appellees.**

No. 07–6595.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2007.

Decided: Oct. 5, 2007.

Clarence Edward Cyrus, Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina; William Henry Davidson, II, Daniel C. Plyler, Davidson, Morrison & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Edward Cyrus appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cyrus v. U.S. Marshals*, No. 8:05–cv–01384–HFF, 2007 WL 809608 (D.S.C. Feb. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*